**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――――X
:
ANITRA BUTLER aka ANITRA GREEN, on :
behalf of herself and all others similarly situated, :
:
Plaintiff,  : Civil Action No. 1:19-cv-5509
:
vs. : **NOTICE OF SETTLEMENT**
:
T.A. J. FINANCIAL SERVICES, LLC, :
HOWARD D. LIPSTEIN, and JEROME H. :
ZIMMERMAN, individually and in his official :
capacity on behalf of T.A. J. FINANCIAL :
SERVICES, LLC, :
:
Defendants. :
:
―――――――――――――――――――― X

Please be advised that this matter has recently been resolved


Dated: June 7, 2019        By: s/ Lawrence C. Hersh
                                  Lawrence C. Hersh, Esq.